Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Derick Lamont Turner,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case Number: 22-3009 |
| **Daniel K. Wright,** | ) |
| **Defendant.** | ) |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Derick Lamont Turner's action against Defendant Daniel K. Wright is dismissed for failure to state a claim.

**Dated: February 18, 2022**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court